# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD VALUE INTERNATIONAL TEXTILE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MIILLA; *et al.*,<br><br>Defendants. | Case No. 2:16-cv-05995-R-AGR<br>*Hon. Manuel L. Real Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE** |

ORDER ON STIPULATION TO DISMISS ACTION

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

4. The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.

SO ORDERED.

Dated: May 16, 2017    By: _____
                           HONORABLE MANUEL L. REAL
                           UNITED STATES DISTRICT JUDGE